■ In the Matter of DAVID BARRECA et al., Appellants, v MARIO DeSANTIS, as Mayor of the Village of Solvay, et al., Respondents. (Appeal No. 2.) [642 NYS2d 853] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Reargument.) Present—Denman, P. J., Lawton, Wesley, Balio and Boehm, JJ.